UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DAVID E. PORTER and CAROLYN E. PORTER,  )
                                         )
            Plaintiffs,                  )
                                         )
v.                                       )   No. 3:06-CV-001
                                         )
BULL MOUNTAIN DEVELOPMENT                )
COMPANY, NO. 1, LLC and                  )
BMP INVESTMENTS, INC.,                   )
                                         )
            Defendants.                  )

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of <u>Dickey, et al. v. Bull Mountain Development Co.</u>, 3:05-CV-574 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton. However, consolidation of the two cases is not ordered.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge