IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DAVID E. PORTER and CAROLYN E. PORTER; SHOWNA CHANG; J. REED DIXON; HENRY A. DOWGIELEWICZ and BARBARA A. DOWGIELEWICZ; ELECTRIC POWER OPERATIONS & DELIVERY, INC. (EPOD, INC.); BARRY EVANS; GLENN F. JORGENSEN, ERIC LALIBERTE and TERESE LALIBERTE; W. ANDREW MORRISON; MICHAEL K. MURPHY and AMANDA T. MURPHY; TIM MICHAEL VOIGHT; DOUGLAS E. WARREN; KAREN A. WASHINGTON; and JANET K. WATTS, <br><br> Plaintiffs, <br><br> vs. <br><br> BULL MOUNTAIN DEVELOPMENT CO. NO. 1, LLC; and BMP INVESTMENTS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:06-cv-001 ) Judge Phillips ) ) ) ) ) ) |

- 1 -

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

This matter came before the Court on the motion of Defendants, BMP Investments, Inc. ("***BMP***") and Bull Mountain Development Co., No. 1, LLC ("***BMDC***" and together with BMP, the "***Defendants***") for leave to substitute counsel in this action. Based on the pleadings presented and the record in this case, it appears to the Court that the motion is well founded and should be granted; it is therefore

ORDERED that the motion is granted; and it is further

ORDERED that the withdrawal of the firms of Young, Williams, Kirk & Stone, PC and Greenbaum, Doll & McDonald, PLLC as counsel for Defendants is hereby approved and that the appointment of Harwell Howard Hyne Gabbert & Manner, P.C. as substitute counsel of record for Defendants in this case is also approved.

*[signature: Thomas W. Phillips]*

Thomas Wade Phillips
United States District Court Judge

**APPROVED FOR ENTRY:**

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

<u>s/ Glenn B. Rose</u>
Craig V. Gabbert, Jr. (#4702)
Glenn B. Rose (#10598)
J. David McDowell (#24588)
315 Deaderick Street, Suite 1800
Nashville, TN 37238
Telephone: 615-256-0500
Facsimile: 615-251-1059
Email: cvg, gbr or jdm@h3gm.com

*Proposed Substitute Counsel for Defendant Bull Mountain Development Co., No. 1, LLC; and Defendant BMP Investments, Inc.*

YOUNG, WILLIAMS, KIRK & STONE, PC

s/ Katherine M. Hamilton
Katherine M. Hamilton, BPR # 010267
P.O. Box 550
Knoxville, TN 37901-0550
Telephone: 865-637-1440
Facsimile: 865-546-9808

GREENBAUM, DOLL & McDONALD, PLLC

s/ H. Buckley Cole
H. Buckley Cole, BPR # 011811

700 Two American Center
3102 West End Avenue
Nashville, TN 37203
Telephone: 615-760-7140
Facsimile: 615-760-7340

*Current Counsel for Defendant Bull Mountain Development Co., No. 1, LLC; and Defendant BMP Investments, Inc.*

- 3 -

Case 3:06-cv-00001   Document 35   Filed 09/06/06   Page 3 of 3   PageID #: 71